IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 98-cr-00402-LTB

UNITED STATES OF AMERICA,

        Plaintiff,

v.

DERYN RIGGS,

        Defendant

and

BIG O TIRES,

        Garnishee.

## ORDER DISMISSING WRIT OF GARNISHMENT

This matter coming before the Court on motion of the Plaintiff and the Court being fully advised in the premises, the Court hereby ORDERS that the Motion To Dismiss Writ Of Garnishment, filed on April 13, 2008, is GRANTED.

The Writ of Garnishment heretofore directed to Big O Tires, is hereby dismissed.

ORDERED and entered this __14th__ day of April, 2008.

                      BY THE COURT:

                      __s/Lewis T. Babcock__
                      UNITED STATES DISTRICT JUDGE